ISABELLA SMITH, Appellant, *v.* THE CITY OF BROOKLYN, Respondent.

(Argued October 14, 1887; decided November 29, 1887.)

*Patrick Keady* for appellant.

*Almet F. Jenks* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

WILLIAM H. ENSIGN et al., Appellants, *v.* JOHN L. McKINNEY et al., Respondents.

THIS case presented similar questions and was argued and decided with *Ensign* v. *Barse* (*ante* p. 329.)

---

In the Matter of the Judicial Settlement of the Accounts of LAWSON A. LONG, Administrator, etc.

(Argued October 18, 1887; decided November 29, 1887.)

*Frank R. Perkins* for appellant.

*George Gorham* for respondent.

Agree to affirm; no opinion.
All concur except EARL and DANFORTH, JJ., dissenting.
Judgment affirmed.